UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHRISTIAN P. EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v | ) No. 1:26-cv-00006-MTS |
| SECC CHARLESTON MO PRISON, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Christian P. Edwards's Application to Proceed in District Court without Prepaying Fees or Costs.  Doc. [2].  Upon review of it and Plaintiff's Certified inmate account statement, the Court will grant the Motion and assess an initial partial filing fee of ten dollars and seventy-seven cents ($10.77).  See 28 U.S.C. § 1915(b)(1); *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining that prisoner-litigants must "pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time").  Plaintiff must pay his initial partial filing fee to the Court no later than **Friday**, **March 27, 2026**.  The failure to do so will result in the dismissal of this action without further notice.

Plaintiff also asks that the Court appoint him an attorney in this matter.  Upon review of Plaintiff's Motion, the Complaint, and on consideration of the proper factors, the Court concludes that Plaintiff has failed to establish that appointed counsel is appropriate at this stage in this case.  *See Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998) (discussing

the "relevant factors" a district court should consider when "determining whether to appoint counsel for an indigent civil litigant"); *see also Carter v. Broward Cnty. Sheriff's Dep't Med. Dep't*, 558 F. App'x 919, 923 (11th Cir. 2014) (per curiam) (noting that a district court should only appoint counsel to an indigent plaintiff "in exceptional circumstances").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [2], is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must pay an initial partial filing fee of ten dollars and seventy-seven cents ($10.77) no later than **Friday**, **March 27, 2026**. Plaintiff shall make his remittance payable to "Clerk, United States District Court," and include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

**IT IS FINALLY ORDERED** that Plaintiff's Motion to Appoint Counsel, Doc. [4], is **DENIED** without prejudice.

Dated this 10th day of February 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE