**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN P. EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | No. 1:26-cv-00006-MTS |
| | ) | |
| SECC CHARLESTON MO PRISON, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Christian Edwards's *pro se* Motion regarding his initial partial filing fee. Doc. [7]. Upon consideration, the Court will reassess an initial partial filing fee in this matter. Plaintiff shall pay three dollars and seventeen cents ($3.17) to the Court as an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1); *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining that prisoner-litigants must "pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion, Doc. [7], is **GRANTED** in that his initial partial filing fee is recalculated to be three dollars and seventeen cents ($3.17). He must pay this initial partial filing fee no later than **Tuesday**, **May 26, 2026**. Plaintiff shall make his remittance payable to "Clerk, United States District Court," and

include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

If Plaintiff fails to pay this amount, or properly show that he has no means by which to pay this modest initial partial filing fee, the Court will dismiss his action without further notice.

Dated this 10th day of April 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE